# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) **CR-10-2281-TUC-DCB (JM)** |
| **Plaintiff(s),** | )<br>) **ORDER** |
| vs. | )<br>) |
| **Ismael R. Loreto and Francisco Javier Teran,** | )<br>)<br>) |
| **Defendant(s).** | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendants' Motion to Suppress and Motion to Dismiss.

Magistrate Judge Marshall conducted a hearing on December 3, 2010, and issued her Report and Recommendation on December 15, 2010 .  A copy was sent to all parties.  No objections to the Magistrate Judge's Report and Recommendation have been filed.  Any objections that have not been raised are waived and will not be addressed by the Court.  *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

/ / /

/ / /

2

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation (Doc. 58) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Defendant's Motion to Suppress (Doc. 29) is DENIED and Defendants' Motion to Dismiss Counts One and Two (Doc. 32, 42) is DENIED.

DATED this 20th day of January, 2011.

David C. Bury
United States District Judge